# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

**O R D E R**

---

**KIM VASQUEZ,**

    VS                                       9:16-CV-0623 (LEK/DJS)

**JACOB WHITNEY, et al.**

---

It appears at this time that there is no further reason to maintain this action on the open docket for statistical purposes.

**IT IS HEREBY ORDERED THAT:** the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code 18) to the Administrative Office of the U.S. Courts. The parties are advised that nothing contained in this order shall be considered a dismissal or disposition of the above entitled action, and should further proceedings in it become necessary or desirable, any party may reopen the action by advising the Court, in writing, that the Court's intervention is necessary.

Along with the notification to this Court to reopen the action, the parties are directed to request an In-Chamber conference. At this conference, Judge Kahn will assess any outstanding issues and set deadlines if necessary.

The clerk of the Court is directed to serve a copy of this order on all parties to the action.

Dated: 09/02/2020
      Albany, New York

Lawrence E. Kahn
U.S. District Judge